F I L E   C O P Y

UNITED STATES BANKRUPTCY COURT
District of Idaho

IN RE:

DEBTOR(s): Leed Corporation

CASE NUMBER: 96-00847

U.S. COURTS
JUL 23 1997
REC'D _____ FILED _____
CAMERON S. BURKE
CLERK IDAHO

NOTICE OF INTENTION TO CLOSE CHAPTER 11 CASE
AND RIGHT TO OBJECT HERETO

---

TO:   DEBTOR(S) IN POSSESSION AND DEBTOR'S ATTORNEY:

PLEASE TAKE NOTICE THAT THE US BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO INTENDS TO CLOSE THE
ABOVE ENTITLED CASE PURSUANT TO 11 USC 350 UNLESS
A WRITTEN OBJECTION IS RECEIVED WITHIN THIRTY
(30) DAYS FROM THE DATE OF THIS NOTICE IN ACCORDANCE
WITH LOCAL BANKRUPTCY RULE 5009.1.


DATED: July 23, 1997

                              Cameron S. Burke, Clerk
                              U.S. Bankruptcy Court

                              by:  Robert Raeder, Deputy Clerk


cc: US Trustee
    Debtor in Possession
    Debtor's Attorney

Notice sent to:

Joseph M Meier
815 W Washington
Boise, ID 83702


Leed Corporation
c/o Joseph M Meier
815 W Washington St
Boise, ID 83702


United States Trustee
POB 110
Boise, ID 83701